**FILED**

NOV 15 2017

Clerk, U.S District Court
District Of Montana
Missoula



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIMOTHY L. BLIXSETH, | CV 17–97–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN BROWN, an individual; GARLINGTON, LOHN & ROBINSON, PLLP, a Montana professional limited liability partnership; DOES and ROES 1-100, | |
| Defendants. | |

On July 12, 2017, Plaintiff filed a Complaint, (Doc. 1), and summonses were issued for Defendants Stephen Brown and Garlington, Lohn & Robinson, PLLP, (Doc. 2). The Federal Rules of Civil Procedure require Plaintiff to serve the defendants within 90 days after the filing of the Complaint, *see* Fed. R. Civ. P. 4(c)(1), (m), but Plaintiff has not accomplished service.

Accordingly, IT IS ORDERED that Plaintiff shall serve the defendants on or before Nov. 27, 2017. If Plaintiff fails to serve, or to show good cause to excuse his failure, this action will be dismissed without prejudice. Fed. R. Civ. P. 4(m).

DATED this 1st day of November, 2017.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court