IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 02 2018
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>          Plaintiff,<br><br>vs.<br><br>STEPHEN BROWN, an individual; GARLINGTON, LOHN & ROBINSON, PLLP, a Montana professional limited liability partnership; DOES and ROES 1-100,<br><br>          Defendants. | CV 17 – 97 – M –DWM<br><br>ORDER |

Plaintiff Timothy Blixseth having filed a notice of dismissal with prejudice pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE. All pending motions are MOOT and all deadlines are VACATED.

DATED this 2nd day of March, 2018.

Donald W. Molloy, District Judge
United States District Court